19918—Elizabeth M. Gordon v. C. E. Terrill; motion for Cuyahoga Appeals to certify. Day & Day and Wm. Gordon, Cleveland, for pltf; Holding, Duncan & Leckie, Cleveland, for deft.

19919—Wm. Gordon v. C. E. Terrill; motion forCuyahoga Appeals to certify. Day & Day and Wm. Gordon, Cleveland, forpltf; Holding, Duncan & Leckie, Cleveland, for deft.

19920—Geo. F. Holland v. Metropolitan Life Ins. Co; error to the Montgomery Appeals. G. Holland, Dayton, for pltf; Craighead, Cowden & Smith, Dayton, for deft.

# PROCEEDINGS OF SUPREME COURT

## INDEX OF CASES

### DECIDED JUNE 22, 1926

#### GENERAL DOCKET

Moser v. Moser ............................... 19823
Nixon v. Gundy ............................... 19791

#### MOTION DOCKET

Ambuhl v. Dymondas ......................... 19817
Amorosi v. Lange ............................ 19780
Frank Bayer v. Bentz ......................... 19857
Campf v. Campbell et ........................ 19809
City View Apartment & Stge. v. McKay ........ 19743
Columbus Ry. Power & Light Co. v. P. U. C.... 19878
Drury v. Stevens & Co. ...................... 19819
Goebel, Jr. v. Hummel, Jr. ................... 19792
Grube v. State .............................. 19820
Highway Const. Co. v. Biery ................. 19814
Hilles v. State ............................. 19816
Hukill v. Hukill ............................ 19789
Hyatt v. Gould .............................. 19811
Jones v. K. L. Cobourn et ................... 19808
Josephson v. State .......................... 19850
Kinsel v. Gross ............................. 19818
Koppe v. State .............................. 19798
Lambright et v. City of East Palestine ........ 19810
Larkens et v. Routson ....................... 19795
Lentz v. Lentz ............................. 19804
Myers v. State ............................. 19832
Moser v. Moser ............................. 19823
Napoleon (Vil) v. Schilperoot, Admx.......... 19825
Nixon v. Van Gundy ......................... 19791
New York Life Ins. Co. v. Richardson .......... 19806
Ohio Stock Food Co. v. Kate Gintling .......... 19805
Phillips et v. Zimet ........................ 19793
Representative Realty Co. et v. Cleve. Tr. Co.... 19788
Sandrowitz v. Clark ......................... 19797
Short v. Anderson .......................... 19812
Schlenker v. Ferdon et ...................... 19784
State ex rel Hesson v. Ind. Com............... 19749
Suburban Ice Mfg. & Cold Storage Co. v. Mulvihill
.................................... 19807
Wilson v. Dewey ............................ 19849

### CASES DECIDED

#### GENERAL DOCKET

19791—Sardine Nixon v. John D. Van Gundy, Treas; error to Fairfield Appeals. Motion by defendant in error to dismiss petition in error as of right. Sustained, no debatable constitutional question involved. Marshall, CJ., Jones, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-27-26; 4 Abs. 284.

19823—Bertha A. Moser v. Ernest H. Moser; error to Wood Appeals. Motion to dismiss sustained, no constitutional question involved. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-18-26; 4 Abs. 322.

#### MOTION DOCKET

19743—City View Apartment & Storage Co. v. R. H. McKay. Motion for Summit Appeals to certify. Overruled. Dock. 4-3-26; 4 Abs. 238; OA. 4 Abs. 308.

19780—Emilio Amorosi v. E. H. Lange. Motion for Lake Appeals to certify. Overruled. Dock. 4-19-26; 4 Abs. 274.

19788—Representative Realty Co. et v. Cleveland Trust Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-23-26; 4 Abs. 284.

19789—Harold R. Hukill v. Naomi B. Hukill. Motion for Franklin Appeals to certify. Overruled. Dock. 4-25-26; 4 Abs. 284; OS. Pend. 4 Abs. 390.

19791—Sardine Nixon v. John D. Van Gundy. Motion by defendant to dismiss petition in error as of right. Petition in error dismissed. Dock. 4-27-26; 4 Abs. 284.

19797—Joseph Sandrowitz v. Katie Clark. Motion by defendant to strike motion to certify from the files. Sustained. Dock. 4-26-26; 4 Abs. 302.

19808—Paul Jones et v. K. L. Cobourn et. Motion for Columbiana Appeals to certify. Overruled. Dock. 5-7-26; 4 Abs. 302.

19809—James Campf v. B. Frank Campbell et. Motion for Columbiana Appeals to certify. Overruled. Dock. 5-7-26; 4 Abs. 302.

19810—Claude Lambright et v. City of East Palestine, O. Motion for Columbiana Appeals to certify. Overruled. Dock. 5-7-26; 4 Abs. 302.

19811—Walter D. Hyatt v. Louis H. Gould. Motion for Lucas Appeals to certify. Overruled. Dock. 5-7-26; 4 Abs. 302.

19812—Barbara M. Short v. William F. Anderson. Motion for Pickaway Appeals to certify. Overruled. Dock. 5-10-26; 4 Abs. 322.

19814—Highway Construction Co. v. Charles S. Biery. Motion for Stark Appeals to certify. Overruled. Dock. 5-11-26; 4 Abs. 322.

19816—William T. Hilles et, Extrs., v. State of Ohio. Motion for Hamilton Appeals to certify. Overruled. Dock. 5-13-26; 4 Abs. 322.

19817—Carrie Ambuhl v. John Dymondas. Motion for Green Appeals to certify. Overruled. Dock. 5-14-26; 4 Abs. 322.

19818—Sheldon Kinsel v. Jesse Gross. Motion for Perry Appeals to certify. Overruled. Dock. 5-14-26; 4 Abs. 322.

19819—Simon L. Drury, Rec'r. v. F. W. Stevens & Co. et. Motion for Hamilton Appeals to certify. Overruled. Dock. 5-14-26; 4 Abs. 322.

19820—Christ Grube v. State of Ohio. Motion for Clark Appeals to certify. Overruled. Dock. 5-18-26; 4 Abs. 322.

19823—Bertha A. Moser v. Ernest H. Moser et. Motion for Wood Appeals to certify. Overruled. Dock. 5-18-26; 4 Abs. 322.

19825—Village of Napoleon v. Anna Schilperoot, Admx. Motion for Henry Appeals to certify. Overruled. Dock. 5-19-26; 4 Abs. 338.

19849—Curtis M. Wilson v. H. A. Dewey et. Motion for Perry Appeals to certify. Overruled. Dock. 5-28-26; 4 Abs. 356.

19957—Frank V. Bayer, Admr. v. Agnes Bentz. Motion by respondent to strike motion to certify record from the files. Motion to strike from files sustained. Dck. 6-1-26; 4 Abs. 380.

19749—State, ex rel. Clara Hesson,. v. Industrial Commission of Ohio. In Mandamus. Demurrer to peti-